FIGURSKI v TRINITY HEALTH-MICHIGAN, No. 151430; Court of Appeals No. 319086.

HALL v MIKO, No. 152217; Court of Appeals No. 322036.

MARKMAN, J. I would grant leave to appeal to consider defendants' argument that this Court should overrule *McCormick v Carrier,* 487 Mich 180 (2010), and reinstate *Kreiner v Fischer,* 471 Mich 109 (2004), which itself was overruled by *McCormick.* Defendants concede that plaintiffs satisfy the no-fault act's "serious impairment" threshold for tort liability as construed by *McCormick,* and plaintiffs concede that plaintiff Tracy Moore probably would not be able to satisfy the "serious impairment" threshold as construed by *Kreiner.* Therefore, this would seem to be an appropriate case to assess both *McCormick* and *Kreiner,* which as both parties recognize set very different thresholds for tort liability, and to determine which is most compatible with MCL 500.3135.